UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. JONES,

                Petitioner,

-against-

FEDERAL RESERVE LEGACY TREASURY DIRECT,

                Respondent.

25-cv-0235 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the April 22, 2025, order, the Court denies the petition for a writ of habeas corpus and dismisses this action without prejudice for Petitioner's failure to comply with the November 6, 2023 order in Jones, No. 23-CV-8296 (LTS).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 22, 2025
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge